(February 7, 1985)

■ In the Matter of ABBY B. PATRON et al., as Coexecutors of JEROME PATRON, Deceased, Respondents-Appellants. PATRON TRANSMISSION CO., INC., et al., Appellants-Respondents; IRVING PATRON, Appellant-Respondent. — Order, Supreme Court, New York County (Martin Stecher, J.), entered on May 10, 1984, order of said court (Leonard Cohen, J.) entered on June 26, 1984, and order of said court (Martin Stecher, J.), entered on July 16, 1984 unanimously affirmed, without costs and without disbursements. The appeal from the order of said court (Helen Freedman, J.), entered on July 26, 1984 is dismissed as both moot and nonappealable, without costs and without disbursements. No opinion. Concur — Kupferman, J. P., Sullivan, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GERARD SEDLETZ, Appellant. — Judgment, Supreme Court, New York County (Harold Rothwax, J.), rendered on March 1, 1984, unanimously affirmed. The case is remitted to the Supreme Court, New York County, for further proceedings pursuant to CPL 460.50 (5). No opinion. Concur — Kupferman, J. P., Sullivan, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PEDRO CRUZ, Appellant. — Judgment, Supreme Court, Bronx County (Richard Price, J., at sentence; Alvin Schlesinger, J., at *Sandoval* and *Huntley* hearings), rendered on March 31, 1983, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Kupferman, J. P., Sullivan, Ross and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSVALDO LATORRE, Appellant. — Judgment, Supreme Court, Bronx County (Howard Goldfluss, J.), rendered on April 7, 1983, unanimously affirmed.

Application by appellant's counsel to withdraw as counsel is granted. (*See, Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no nonfrivolous points which could be raised on this appeal. Concur — Sandler, J. P., Asch, Bloom and Milonas, JJ.